United States District Court
Southern District of Texas
**ENTERED**
December 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Seventh Coast Ventures LLC,<br>*Plaintiff*, | § § § § | |
| v. | § § | Civil Action H-22-4474 |
| Xiamen Daysun Industrial Co.<br>Ltd., et al.,<br>*Defendants*. | § § § § § | |

## ORDER

On November 14, 2025, Magistrate Judge Peter Bray recommended that the court grant in part Plaintiff's renewed motion for default judgment. ECF No. 94. The parties were provided with notice and opportunity to object to the magistrate judge's recommendation. No objections were filed. The court has reviewed the recommendation de novo and finds no error in law or fact. The court therefore **ADOPTS** the memorandum and recommendation as its memorandum and opinion. Default judgment shall be entered against the defendants listed on Exhibit A to the Memorandum and Recommendation, ECF No. 94-1.

Signed at Houston, Texas, on December 4, 2025.

Alfred H. Bennett
United States District Judge